**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on October 30, 2025**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **MATTHEW RANDALL GIGOT,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 2252(a)(4)(B)** |
| **Defendant.** | : | **(Possession and Access with Intent to View** |
| | : | **Child Pornography)** |
| | : | |
| | : | **D.C. Code §22-3102(b) (Sexual Performance** |
| | : | **Using Minors)** |
| | : | |
| | : | **18 U.S.C. § 2250(a)** |
| | : | **(Failure to Register as a Sex Offender)** |
| | : | |
| | | **FORFEITURE:** |
| | | **18 U.S.C. § 2253; and** |
| | | **21 U.S.C. § 853(p)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about and between November 1, 2024, and June 30, 2025, within the District of

Columbia, the defendant, **MATTHEW RANDALL GIGOT**, did knowingly possess and

knowingly access with intent to view, one or more images or video files, or other matter, which

contain any visual depiction that has been shipped and transported using any means and facility

of interstate and foreign commerce and in and affecting interstate and foreign commerce, and

which was produced using materials which have been mailed, shipped, and transported, by any

means including by computer, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct, to wit: videos depicting a minor engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A) and such visual depiction is of such conduct.

**(Possession and Access with Intent to View Child Pornography**, in violation of 18 U.S.C. §2252(a)(4)(B))

## COUNT TWO

On or about and between November 1, 2024, and June 30, 2025, within the District of Columbia, the defendant, **MATTHEW RANDALL GIGOT**, knowing the character and content thereof, did attend and possess a sexual performance by a minor.

**(Sexual Performance Using Minors**, in violation of District of Columbia Code §22-3102(b))

## COUNT THREE

On or about and between July 5, 2024, and March 10, 2026, within the District of Columbia and elsewhere, the defendant, **MATTHEW RANDALL GIGOT**, a person required to register under the Sex Offender Registration and Notification Act by reason of conviction under the law of the District of Columbia, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, to wit: **MATTHEW RANDALL GIGOT** failed to report all email and internet accounts and changes in email and internet accounts as required.

**(Failure to Register as a Sex Offender**, in violation of 18 U.S.C. § 2250(a))

2

## FORFEITURE ALLEGATION

1.      The United States hereby gives notice to the defendant, **MATTHEW RANDALL GIGOT**, that upon his conviction of the offense charged in Count One of this Indictment, the government will seek forfeiture, in accordance with Title 18, United States Code, Section 2253(a), of (a) any visual depiction described in Section 2251, 2251A, 2252A, 2252B, or 2260 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of such sections; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (c) any property, real or personal, used or intended to be used to commit or promote the commission of such offenses or any property traceable to such property.

The United States will also seek a forfeiture money judgment equal to the value of any property, real or personal, that was used or intended to be used to commit or to facilitate this offense; and any property, real or personal, constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of this offense.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property that cannot be divided without difficulty;

3

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 18, United States Code, Section 2253(b).

(**Criminal Forfeiture**, pursuant to 18 U.S.C. § 2253 and 21 U.S.C. § 853(p))

A TRUE BILL

FOREPERSON

Jeanine Ferris Pirro

By: *Janani J. Iyengar*

Janani Iyengar
Attorney of the United States
and for the District of Columbia

4