9838741

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>MATTHEW RANDALL GIGOT | ) ) ) ) ) ) | Case: 1:26-cr-00050<br>Assigned To: Judge Chutkan, Tanya S.<br>Assign Date: 3/11/2026<br>Description: INDICTMENT (B) |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MATTHEW RANDALL GIGOT ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 2252(a)(4)(B) (Possession and Access with Intent to View Child Pornography)
D.C. Code §22-3102(b) (Sexual Performance Using Minors)
18 U.S.C. § 2250(a) (Failure to Register as a Sex Offender)

Date:    03/11/2026

*Issuing officer's signature*

City and state:    Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   3/11/2026 , and the person was arrested on *(date)*   3/17/2026 at *(city and state)*   Washington, DC. . |
| Date:   3/17/2026 |
| *Arresting officer's signature*<br>Special Agent Alissa Thayer<br>*Printed name and title* |